**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

IN RE: |
|
BARBARA A. NIELD | Case No. 05-39774 TJC
| Chapter 13
|
Debtor(s) |

NOTICE OF CHANGE OF ADDRESS

This is to notify the Court that the debtor(s) present address is:

17820 Pin Oak Road
Street Address

Hagerstown          MD      21740
City                State   Zip Code

Date: September 28, 2009

Note: This information is being provided to the Court by the Trustee based on recent correspondence received from the debtor(s).

By: **/s/ Nancy Spencer Grigsby**
Nancy Spencer Grigsby, Trustee